**Carol BUSTER, Plaintiff/Appellant,**

v.

**PARAMOUNT PICTURES CORPORATION, et al., Defendants/Respondents.**

**No. 64657.**

Missouri Court of Appeals,
Eastern District,
Division One.

March 22, 1994.

Rehearing Denied April 13, 1994.

Carol Buster, pro se.

Daniel Vogel, Gallop, Johnson & Neuman, Clayton, for defendants, respondents.

Before CRANDALL, P.J., and
REINHARD and CRIST, JJ.

### ORDER

PER CURIAM.

Plaintiff appeals from the circuit court's dismissal of her petition, with prejudice, for failure to state a claim upon which relief could be granted. We affirm. No error of law appears. An opinion would have no precedential value. Rule 84.16(b).